**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-60253-LRC |
| | ) | |
| **TAKESHA EVETTE CLARK,** | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF PROPOSED ABANDONMENT OR DISPOSITION OF PROPERTY**

The undersigned Trustee intends to abandon the property listed below which is either burdensome or of inconsequential value to the bankruptcy estate. In accordance with Rule 6007 of the Bankruptcy Rules, Notice is hereby given of the proposed abandonment to Debtor or other disposition of:

**ANY AND ALL PRESENTLY SCHEDULED
REAL AND PERSONAL PROPERTY OF
THE DEBTOR THAT REMAINS UNLIQUIDATED**

Any objection by a party in interest shall be filed with the Clerk of this Court and a copy served on the Trustee within fourteen (14) days of the date of the mailing of this Notice. If no objection is filed within fourteen (14) days, the above-listed property shall be deemed abandoned without further hearing or Order of this Court.

*/s/ Neil C. Gordon*
NEIL C. GORDON
State Bar No. 302387

TRUSTEE'S ADDRESS:
Taylor Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
ngordon@taylorduma.com
(404) 640-5917

{03074631-1}

United States Bankruptcy Court

Northern District of Georgia

In re:  Case No. 23-60253-lrc

Takesha Evette Clark  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: bncadmin      Page 1 of 2

Date Rcvd: Sep 03, 2025      Form ID: pdf556      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Takesha Evette Clark, 3690 Stivey Court, Snellville, GA 30039-7116 |
| cr | + | LSF9 Master Participation Trust, The Totten Firm, 2090 Dunwoody Club Dr., Suite 106-33, Atlanta, GA 30350-5434 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 03 2025 20:28:00 | CarMax Auto Finance, 225 Chastain Meadows Ct, Suite 210, Kennesaw, GA 30144 |
| 24487998 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 03 2025 20:28:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 24487997 | + | Email/Text: bankruptcy@acimacredit.com | Sep 03 2025 20:29:00 | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |
| 24488000 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 03 2025 20:28:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 24487999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 20:52:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24488001 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 03 2025 20:33:14 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 24488002 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 03 2025 20:29:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24488003 | | Email/Text: brnotices@dor.ga.gov | Sep 03 2025 20:29:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 24488004 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2025 20:28:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 24827984 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2025 20:33:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24820266 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2025 20:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 24488005 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2025 20:29:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 24488006 | + | Email/PDF: cbp@omf.com | Sep 03 2025 20:49:44 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 24793911 | + | Email/PDF: cbp@omf.com | Sep 03 2025 20:34:53 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 24716074 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Sep 03, 2025 | Form ID: pdf556 | Total Noticed: 20

|  |  |  |  |
|---|---|---|---|
|  |  | Sep 03 2025 20:34:20 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24733971 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 03 2025 20:29:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 24488546 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Sep 03 2025 20:29:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24488007 | + Email/Text: webadmin@vhllc.co | Sep 03 2025 20:29:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 05, 2025           Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Takesha Evette Clark cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor LSF9 Master Participation Trust mft@tottenfirm.com  jet@tottenfirm.com |
| Neil C. Gordon | on behalf of Trustee Neil C. Gordon aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com |
| Neil C. Gordon | aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 5