UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 23-60253-LRC |
| ) | |
| TAKESHA EVETTE CLARK, ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

### FINAL APPLICATION FOR COMPENSATION BY TRUSTEE

TO:   The Honorable LISA RITCHEY CRAIG, Bankruptcy Judge

The application of Neil C. Gordon, Trustee in Bankruptcy, brought pursuant to Section 330 of the United States Bankruptcy Code, respectfully shows that he is the duly-appointed Trustee in Bankruptcy in the above-captioned Estate, that the assets of debtor have been liquidated, and that there came into the hands of the undersigned Trustee for disbursement the total of $7,655.00.

In the administration of said Estate, Applicant has performed those services required by a Trustee.

The statutory allowance is the sum of $1,515.50 and Applicant has heretofore received $0.00 as Trustee.

Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services Applicant has not contributed (other than a law partner). Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or

{03074661-1 }

other compensation to be paid to any party in interest, or any attorney of any party in interest herein for services rendered in connection therewith.

As said Trustee, Applicant has paid out of his own funds the following expenses properly chargeable to the Estate for which he prays reimbursement, to wit:

| | |
|---|---|
| Bond Premium | $ 7.27 |
| TOTAL | $ 7.27 |

WHEREFORE, Neil C. Gordon prays for such allowance for his services and expenses herein as the Court finds reasonable and just.

Dated this ____ day of September, 2025.

Respectfully submitted,

TAYLOR DUMA LLP

By: /s/ Neil C. Gordon
Neil C. Gordon
State Bar No. 302387
Chapter 7 Trustee

1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(404) 640-5917
ngordon@taylorduma.com

{03074661-1 }

Printed: 09/02/25                                                                                                   Page: 1

# TRUSTEE'S COMPENSATION

**Debtor: TAKESHA EVETTE CLARK**                                                               Case No.: 23-60253

## Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 7,655.00 |
| Pursuant to 11 U.S.C. § 326, compensation is computed as follows: | | | |
| 25% of First $5000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 2,655.00 | = | 265.50 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| | Calculated Compensation: | | $1,515.50 |
| | Less Adjustment: | | 0.00 |
| | Total Compensation: | | $1,515.50 |
| | Less Previously Paid: | | 0.00 |
| | Total Compensation Requested: | | $1,515.50 |

## Trustee Expenses

| | |
|---|---|
| Trustee Bond | 7.27 |
| Calculated Expenses: | $7.27 |
| Less Adjustment: | 0.00 |
| Total Expenses: | $7.27 |
| Less Previously Paid: | 0.00 |
| Total Expenses Requested: | $7.27 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. § 330(a), § 502(b) and § 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of **$1,515.50** as compensation and **$7.27** for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: September 02, 2025          Signed: /s/ NEIL C GORDON, TRUSTEE
                                   NEIL C GORDON, TRUSTEE
                                   1600 Parkwood Circle, Suite 200
                                   Atlanta, GA 30339

## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing FINAL APPLICATION FOR COMPENSATION BY TRUSTEE via hand delivery to:

United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

This ___2___ day of September, 2025.

/s/ Neil C. Gordon
Neil C. Gordon

{03074661-1 }