**IT IS ORDERED as set forth below:**

Date: December 31, 2025

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TAKESHA EVETTE CLARK, | ) | CASE NO. 23-60253-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER AWARDING COMPENSATION TO TRUSTEE**

On December 2, 2025, Neil C. Gordon, Chapter 7 Trustee, filed an application for payment of compensation in the amount of $1,515.50 and expenses in the amount of $7.27 to Chapter 7 Trustee (Doc. No. 29, Attachment 1). Counsel for Trustee certifies that notice of the opportunity to object and for hearing (Doc. No. 30) was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and that no objection to the application was filed prior to the objection deadline.

{03127475-1 }

The compensation requested by the Chapter 7 Trustee is the statutory fee provided in 11 U.S.C. §326 and appears reasonable under the circumstances. The Court has considered the application and all other matters of record, including the lack of objection thereto, and based upon the forgoing, it is hereby

ORDERED that no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the application. It is further

ORDERED that Neil C. Gordon, as Chapter 7 Trustee, is awarded the sum of $1,515.50 representing his statutory trustee's commission plus $7.27 as reimbursement for expenses incurred as Trustee. It is further

ORDERED that Trustee is authorized to pay the full amount of the compensation awarded and reimbursement of expenses approved herein.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

TAYLOR DUMA LLP

*/s/ Neil C. Gordon*
Neil C. Gordon, State Bar No. 302387
Attorneys for Chapter 7 Trustee
1600 Parkwood Circle SE
Suite 200
Atlanta, Georgia 30339
(404) 873-8596
ngordon@taylorduma.com

{03127475-1 }

## DISTRIBUTION LIST

Neil C. Gordon
Taylor Duma LLP
1600 Parkwood Circle SE
Suite 200
Atlanta, GA 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Spence A. Shumway, CPA
Stonebridge Accounting & Forensics LLC
P.O. Box 1290
Grayson, GA 30017

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Takesha Evette Clark
3690 Stivey Court
Snellville, GA 30039

{03127475-1 }