**IT IS ORDERED as set forth below:**

**Date: December 31, 2025**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TAKESHA EVETTE CLARK, | ) | CASE NO. 23-60253-LRC |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER AWARDING COMPENSATION TO TRUSTEE

On December 2, 2025, Neil C. Gordon, Chapter 7 Trustee, filed an application for payment of compensation in the amount of $1,515.50 and expenses in the amount of $7.27 to Chapter 7 Trustee (Doc. No. 29, Attachment 1). Counsel for Trustee certifies that notice of the opportunity to object and for hearing (Doc. No. 30) was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and that no objection to the application was filed prior to the objection deadline.

{03127475-1 }

The compensation requested by the Chapter 7 Trustee is the statutory fee provided in 11 U.S.C. §326 and appears reasonable under the circumstances. The Court has considered the application and all other matters of record, including the lack of objection thereto, and based upon the forgoing, it is hereby

ORDERED that no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the application. It is further

ORDERED that Neil C. Gordon, as Chapter 7 Trustee, is awarded the sum of $1,515.50 representing his statutory trustee's commission plus $7.27 as reimbursement for expenses incurred as Trustee. It is further

ORDERED that Trustee is authorized to pay the full amount of the compensation awarded and reimbursement of expenses approved herein.

[END OF DOCUMENT]

PREPARED AND SUBMITTED BY:

TAYLOR DUMA LLP

*/s/ Neil C. Gordon*
Neil C. Gordon, State Bar No. 302387
Attorneys for Chapter 7 Trustee
1600 Parkwood Circle SE
Suite 200
Atlanta, Georgia 30339
(404) 873-8596
ngordon@taylorduma.com

{03127475-1 }

**DISTRIBUTION LIST**

Neil C. Gordon
Taylor Duma LLP
1600 Parkwood Circle SE
Suite 200
Atlanta, GA 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Spence A. Shumway, CPA
Stonebridge Accounting & Forensics LLC
P.O. Box 1290
Grayson, GA 30017

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Takesha Evette Clark
3690 Stivey Court
Snellville, GA 30039

{03127475-1 }

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                              Case No. 23-60253-lrc

Takesha Evette Clark                                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                                     User: bncadmin                                     Page 1 of 2
Date Rcvd: Dec 31, 2025                          Form ID: pdf409                              Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Takesha Evette Clark, 3690 Stivey Court, Snellville, GA 30039-7116 |
| | + | Spence A. Shumway, CPA, Stonebridge Accounting & Forensics LLC, P.O. Box 1290, Grayson, GA 30017-0025 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 31 2025 20:18:00 | Office of the United States Trustee, 362 Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Takesha Evette Clark cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor LSF9 Master Participation Trust mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |

District/off: 113E-9
Date Rcvd: Dec 31, 2025

User: bncadmin
Form ID: pdf409

Page 2 of 2
Total Noticed: 3

Neil C. Gordon

on behalf of Trustee Neil C. Gordon aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com

Neil C. Gordon

aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com

Office of the United States Trustee

ustpregion21.at.ecf@usdoj.gov


TOTAL: 5