**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re:   TAKESHA EVETTE CLARK | § | Case No. 23-60253-LRC |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NEIL C GORDON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $40,553.00
*(without deducting any secured claims)*

Assets Exempt:  $25,755.00

Total Distribution to Claimants:  $6,132.23

Claims Discharged
Without Payment:  $82,626.53

Total Expenses of Administration:  $1,522.77

3)  Total gross receipts of $7,655.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,655.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 49,901.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,522.77 | 1,522.77 | 1,522.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,797.00 | 82,408.76 | 82,408.76 | 6,132.23 |
| **TOTAL DISBURSEMENTS** | **$136,698.00** | **$83,931.53** | **$83,931.53** | **$7,655.00** |

4)  This case was originally filed under Chapter 7 on 10/17/2023. The case was pending for 29 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/06/2026            By: /s/ NEIL C GORDON, TRUSTEE

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2023 Federal Tax Refund | 1224-000 | 7,655.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,655.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CarMax Auto Finance | 4210-000 | 26,314.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CarMax Auto Finance | 4210-000 | 23,587.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$49,901.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NEIL C GORDON, TRUSTEE | 2100-000 | N/A | 1,515.50 | 1,515.50 | 1,515.50 |
| NEIL C GORDON, TRUSTEE | 2200-000 | N/A | 7.27 | 7.27 | 7.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$1,522.77** | **$1,522.77** | **$1,522.77** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Resurgent Receivables, LLC | 7100-000 | 1,047.00 | 1,047.37 | 1,047.37 | 77.94 |
| 2 | U.S. Department of Education c/o Nelnet | 7100-000 | 63,915.00 | 64,406.84 | 64,406.84 | 4,792.66 |
| 3 | Resurgent Receivables, LLC | 7100-000 | 1,655.00 | 1,655.77 | 1,655.77 | 123.21 |
| 4 | OneMain Financial Group, LLC | 7100-000 | 10,440.00 | 11,883.73 | 11,883.73 | 884.30 |
| 5 | Midland Credit Management, Inc. | 7100-000 | 2,920.00 | 2,920.61 | 2,920.61 | 217.33 |
| 6 | LVNV Funding, LLC | 7100-000 | 470.00 | 494.44 | 494.44 | 36.79 |
| NOTFILED | Acima Credit | 7100-000 | 465.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AES | 7100-000 | 1,341.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital One | 7100-000 | 468.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Vance & Huffman LLC | 7100-000 | 4,076.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$86,797.00** | **$82,408.76** | **$82,408.76** | **$6,132.23** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 1

| **Case Number:** | 23-60253 LRC | **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Case Name:** | TAKESHA EVETTE CLARK | **Filed (f) or Converted (c):** | 10/17/23 (f) |
| | | **§341(a) Meeting Date:** | 11/16/23 |
| **Period Ending:** | 03/06/26 | **Claims Bar Date:** | 07/05/24 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | INFINITY QX60 2020 154000 MILES | 17,490.00 | 0.00 | OA | 0.00 | FA |
| 2 | KIA STINGER 2018 52000 MILES | 28,063.00 | 0.00 | OA | 0.00 | FA |
| 3 | 4 BR, LR, DR | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 4 | 3 TV, 1 CELL PHONE | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | CLOTHES/SHOES | 100.00 | 0.00 | OA | 0.00 | FA |
| 6 | CHECKING ACCOUNTS:  BANK OF AMERICA | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | CHECKING ACCOUNTS:  GEORGIA UNITED | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | PENDING PI CLAIM FROM ACCIDENT 09/2023 (ATTORNEY RETAINED) | Unknown | Unknown | OA | 0.00 | FA |
| 9 | 2023 Federal Tax Refund (u) | Unknown | 0.00 | | 7,655.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$48,653.00** | **$0.00** | | **$7,655.00** | **$0.00** |

**Major activities affecting case closing:**

Trustee is investigating the merits of the Debtor's scheduled PI claim. In the interim, he has recovered the Debtor's 2023 Federal Tax Refund.

**Initial Projected Date of Final Report (TFR):**  December 31, 2025     **Current Projected Date of Final Report (TFR):**  September 02, 2025 (Actual)

|  March 06, 2026  | /s/ NEIL C GORDON, TRUSTEE |
| Date | NEIL C GORDON, TRUSTEE |

**Form 2**
**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 1

| Case Number: | 23-60253 LRC | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TAKESHA EVETTE CLARK | | Bank Name: | East West Bank |
| | | | Account: | ******1947 - Checking |
| Taxpayer ID#: | **-***5143 | | Blanket Bond: | $27,123,000.00 (per case limit) |
| Period Ending: | 03/06/26 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/29/24 | Asset #9 | United States Treasury | 2023 Federal Tax Refund | 1224-000 | 7,655.00 | | 7,655.00 |
| 01/10/26 | 1001 | NEIL C GORDON, TRUSTEE | Commission & Fees Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | | | 1,522.77 | 6,132.23 |
| 01/10/26 | | | Commission & Fees Pursuant 1,515.50 to Court Order Entered 12/31/25 (Doc. No. 31) | 2100-000 | | | 6,132.23 |
| 01/10/26 | | NEIL C GORDON, TRUSTEE | 7.27 | 2200-000 | | | 6,132.23 |
| 01/25/26 | 1002 | Resurgent Receivables, LLC | Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | 7100-000 | | 77.94 | 6,054.29 |
| 01/25/26 | 1003 | U.S. Department of Education c/o Nelnet | Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | 7100-000 | | 4,792.66 | 1,261.63 |
| 01/25/26 | 1004 | Resurgent Receivables, LLC | Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | 7100-000 | | 123.21 | 1,138.42 |
| 01/25/26 | 1005 | OneMain Financial Group, LLC | Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | 7100-000 | | 884.30 | 254.12 |
| 01/25/26 | 1006 | Midland Credit Management, Inc. | Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | 7100-000 | | 217.33 | 36.79 |

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 2

| Case Number: | 23-60253 LRC | | Trustee: | NEIL C GORDON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TAKESHA EVETTE CLARK | | Bank Name: | East West Bank |
| | | | Account: | ******1947 - Checking |
| Taxpayer ID#: | **-***5143 | | Blanket Bond: | $27,123,000.00 (per case limit) |
| Period Ending: | 03/06/26 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/26 | 1007 | LVNV Funding, LLC | Pursuant to Court Order Entered 12/31/25 (Doc. No. 31) | 7100-000 | | 36.79 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 7,655.00 | 7,655.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 7,655.00 | 7,655.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$7,655.00** | **$7,655.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1947** | **7,655.00** | **7,655.00** | **0.00** |
| | **$7,655.00** | **$7,655.00** | **$0.00** |