## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)  
**Takesha Evette Clark**  
3690 Stivey Court  
Snellville, GA 30039

**xxx–xx–6492**

Case No.: **23–60253–lrc**  
Chapter: **7**  
Judge: **Lisa Ritchey Craig**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Neil C. Gordon**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____

Lisa Ritchey Craig  
United States Bankruptcy Judge

Dated:   March 27, 2026

Form 183

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                          Case No. 23-60253-lrc

Takesha Evette Clark                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: 183 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Takesha Evette Clark, 3690 Stivey Court, Snellville, GA 30039-7116 |
| 24487997 | + | Acima Credit, 9815 South Monroe Street, 4th Floor, Sandy, UT 84070-4384 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24487998 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 27 2026 21:08:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 24488000 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Mar 27 2026 21:08:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 24487999 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2026 21:09:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24488001 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2026 21:10:01 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 24488002 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 27 2026 21:09:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24488003 | | Email/Text: brnotices@dor.ga.gov | Mar 27 2026 21:08:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 24488004 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2026 21:08:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 24827984 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 21:09:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24820266 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 24488005 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2026 21:09:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 24488006 | + | Email/PDF: cbp@omf.com | Mar 27 2026 21:09:45 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 24793911 | + | Email/PDF: cbp@omf.com | Mar 27 2026 21:09:46 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 24716074 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 21:09:54 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24733971 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 27 2026 21:09:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |

| District/off: 113E-9 | User: bncadmin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2026 | Form ID: 183 | Total Noticed: 18 |

| 24488546 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
|---|---|---|---|
| | | Mar 27 2026 21:08:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 24488007 | + Email/Text: webadmin@vhllc.co | | |
| | | Mar 27 2026 21:09:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy, Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Takesha Evette Clark cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor LSF9 Master Participation Trust mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email |
| Neil C. Gordon | on behalf of Trustee Neil C. Gordon aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com |
| Neil C. Gordon | aford@taylorduma.com  ecf.alert+Gordon@titlexi.com;pbicknell@taylorduma.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

TOTAL: 5